UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| XZENIYEJU CHUKWUEZI, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:17-cv-11896-GAO |
| STEVEN SILVA, | ) |
| Respondent. | ) |

### RESPONDENT STEVEN SILVA'S MOTION TO DISMISS
### PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF PROSECUTION

Pursuant to Fed. R. Civ. P. 41(b), Respondent hereby moves that this Court dismiss this petition for writ of habeas corpus with prejudice, on account of Petitioner's failure to prosecute it. In support of the instant motion, Respondent states as follows:

1.     Petitioner filed this petition on October 3, 2017, challenging his state convictions of first-degree murder and unlawful possession of a firearm (ECF No. 1).

2.     On November 29, 2017, after Respondent answered the petition and submitted the state court record in this case, the District Judge previously assigned to this case (O'Toole, D.J.) ordered that Petitioner file his memorandum of law in support of the petition no later than January 28, 2018 (ECF No. 20). The docket also reflects that the Clerk notified Petitioner of this order by mailing a copy of it to him. *See* Docket.

3.     Despite being ordered to file his merits brief by January 28, 2018, Petitioner failed to do so. *See* Docket. Furthermore, Petitioner has not filed any motion for enlargement of time, nor has he taken any other step to prosecute the petition since initially filing it over nine months ago.

*Motion allowed; case dismissed.*

*/s/ NM Gorton, USDJ 12/14/18*